Rachel Love, Bar No. 019881
Anne M. Orcutt, Bar No. 029387
Austin C. Tidd, Bar No. 041331
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
rlove@strucklove.com
aorcutt@strucklove.com
atidd@strucklove.com

*Attorneys for Defendant Zimmerman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Dion Rabouin,<br><br>Plaintiff,<br>v.<br><br>Caleb Zimmerman,<br><br>Defendant. | No. 2:24-cv-03251-SHD<br><br>**NOTICE OF PENDING SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the parties, Plaintiff Dion Rabouin and Defendant Caleb Zimmerman, have a pending settlement agreement pending City of Phoenix City Council approval. Considering the date for anticipated City Council approval, followed by finalization of the settlement agreement and settlement funds payment, the Parties expect to finalize settlement in mid-September.

DATED this 31st day of July 2026.

STRUCK LOVE ACEDO, PLC

By */s/ Rachel Love*
Rachel Love
Anne M. Orcutt
Austin C. Tidd
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for Defendant Caleb Zimmerman*